In re MEADOWS, WILLIAMS & CO. (Circuit Court of Appeals, Second Circuit. April 4, 1910.) No. 147. Petition to Review Order of the District Court of the United States for the Western District of New York. In the matter of Meadows, Williams & Co., bankrupts. Petition of Edward F. Walsh, trustee, to review an order of the District Court. 173 Fed. 694. Dismissed. Edward L. Jellinek, for petitioner. Kenefick, Cooke & Mitchell (James McC. Mitchell, of counsel), for respondent. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. This controversy comes here on petition to review an order of the District Court for the Western District of New York (173 Fed. 694), directing the trustee in bankruptcy of Meadows, Williams & Co. to deliver to Alice H. Douglas two certificates, for 100 shares each, of the preferred stock of the Great Northern Railway Company. The proof establishes the fact that Mrs. Douglas bought and paid for 200 shares of the stock of the Great Northern Railway Company. The certificates were issued in her name. They were bought and paid for prior to the adjudication in bankruptcy. The trustee in bankruptcy refuses to deliver them to her. We think the general creditors of the bankrupt have no interest whatever in these shares. They belong, without reduction of any kind, to Mrs. Douglas. She is as much entitled to their possession as she would be to have any other property of hers which was left in the safe-keeping of the bankrupts returned to her upon demand. The case of Richardson v. Shaw, 209 U. S. 365, 28 Sup. Ct. 512, 52 L. Ed. 835, which arose in this circuit, is a complete answer to the contention of the trustee. The petition to review should be dismissed, with costs.

MERCHANTS' & FARMERS' BANK v. PENSACOLA BANK & TRUST CO. (Circuit Court of Appeals, Fifth Circuit. May 16, 1910.) No. 2,021. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. P. Z. Jones and A. C. McNair, for appellant. C. H. Alexander and Charlton A. Alexander, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. From our examination of the evidence, we conclude that this case was properly ruled in the Circuit Court, and the decree of that court is therefore affirmed.

MOORE BROS. et al. v. A. DREHER & CO. et al. (Circuit Court of Appeals, Fifth Circuit. May 16, 1910.) No. 2,041. In Error to the District Court of the United States for the Northern District of Alabama. C. B. Powell and R. Dupont Thompson, for plaintiffs in error. John W. Tomlinson, James E. Zunts, C. L. Odell, and W. S. Welch, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed.

MORRIS & CUMINGS DREDGING CO. v. MORAN TOWING & TRANSPORTATION CO. (Circuit Court of Appeals, Second Circuit. March 12, 1910.) No. 157. Appeal from the District Court of the United States for the Eastern District of New York. Pierre M. Brown, for appellant. James J. Macklin (De Lagnel S. Berier, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, on opinion of District Court. 163 Fed. 610.